1 | ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
2 | 706 COWPER STREET
P.O. BOX 1040
3 | PALO ALTO, CA 94302-1040
650/328-5510
4 | 650/853-3632 FAX

5 | Attorneys for Defendant
YASENIA DE LUNA
6



**FILED**

MAY 24 2006

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          CASE NO. CR 06-70237 PVT

11 |                    Plaintiff,      STIPULATION TO CONTINUE
                                       DEFENDANT YASENIA DE LUNA'S
12 |           vs.                      INITIAL APPEARANCE BEFORE
                                       THE NORTHERN DISTRICT OF
13 | YASENIA DE LUNA, ET AL.,          CALIFORNIA, AND [proposed] ~S
                                       ORDER THEREON
14 |                    Defendants.

15

16 | It is hereby stipulated by and between counsel for the UNITED STATES, MATTHEW

17 | A. LAMBERTI, ESQ., and counsel for Defendant. YASENIA DE LUNA, ROBERT E.

18 | CAREY, JR., ESQ., that the date set for initial appearance of Defendant DE LUNA in the

19 | Northern District of California of May 25, 2006, be continued until June 29, 2006, at 9:30

20 | am.

21 | Ms. DE LUNA underwent surgery last Thursday, May 18, 2006, and is unable to

22 | travel for a two week period of time. Defendant's counsel is unavailable on June 8, June

23 | 15, and June 22.

24 | The parties further AGREE AND STIPULATE that the period of time from May 25,

25 | 2006 through and including June 29, 2006, shall be excluded from the period of time within

26 | which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C.

27 | Section 3161, *et seq.* because the defendant needs additional time for continuity of

28 | counsel, to recuperate from surgery, and to arrange for the transportation from the District

1  of Colorado to the Northern District of California.

2        The parties also AGREE AND STIPULATE that the Court should enter the

3  accompanying proposed order.

4        IT IS SO STIPULATED.

5  DATED: May 24, 2006                    CAREY & CAREY

6

7                                          ___/S/_____
                                           ROBERT E. CAREY, JR., Attorneys for
8                                          Defendant YASENIA DE LUNA

9

10 DATE: _____, 2006               UNITED STATES OF AMERICA

11

12                                         ___/S/_____
                                           MATTHEW A. LAMBERTI,
13                                         Assistant U.S. Attorney

14

15

16

17

18                                         ORDER

19        Based upon the foregoing and good cause appearing therefor, the Court finds

20 pursuant to Title 18 United States Code, Sections 3161(h)(1)(G), (h)(1)(H), and (h)(8)(A),

21 considering the factors set fort in Section 3161(h)(8)(B), that the interests of justice in

22 granting this continuance outweigh the defendant's and the public's interest in a speedy

23 trial inasmuch as the defendant needs additional time for continuing of counsel, to

24 recuperate from surgery, and to arrange for transportation from the District of Colorado to

25 the Norther District of California, the initial appearance date for Defendant DE LUNA of May

26 25, 2006, be vacated, and that a new initial appearance date in the Northern District of

27 California be calendared for June 29, 2006, at 9:30 am.

28        IT IS FURTHER ORDERED THAT the period of time from May 25, 2006 through

1 | and including June 29, 2006 be excluded from the period of time within which an indictment

2 | or information must be filed under the Speedy Trial Act, 18 U.S.C. Section 3161 *et seq.*

3 |     IT IS SO ORDERED.

4 |

5 | DATED: _May 24_, 2006

6 |                               MAGISTRATE JUDGE RICHARD SEEBORG,
U.S. DISTRICT COURT